UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATA S. BOB,

    Petitioner,

-against-

THOMAS DECKER, DHS/ICE DIRECTOR OF DETENTION/REMOVAL; HUDSON COUNTY CORRECTIONS & REHABILITATION (JAIL) WARDEN; MEDICAL DEFENDANTS (JOHN DOE),

    Respondents.

19-CV-9590 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 2, 2019, dismissing the petition,

IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice for Petitioner's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 filing fee. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 2, 2019
       New York, New York

                                    COLLEEN McMAHON
                                  Chief United States District Judge